UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-CV-81720-ROSENBERG/BRANNON

JAMES DONAHUE,

    Plaintiff,

v.

100 NORTH FEDERAL HIGHWAY, LLC,
and SUNOCO FOOD MART, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 10]. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This action and all claims asserted herein are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 15th day of November, 2016.

                                        _____
                                        ROBIN L. ROSENBERG
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record